IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 08 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                         NO.4:07CR00229-01 WRW

DALE W. BOX                                                   DEFENDANT

## MOTION FOR DOWNWARD DEPARTURE

Comes now Defendant, Dale W. Box and for his Motion states and alleges:

1. Defendant has previously entered a plea of guilty before this Court to Count One of the indictment charging him with Attempted Transfer of Obscene Material to an Individual Under the Age of Sixteen, 18 U.S.C. Sect. 1470. Sentencing is presently scheduled for April, 25, 2008.

2. Objections to the pre-sentencing report have been lodged.

3. Defendant moves for downward departure based upon extraordinary service in the United States Military pursuant to U.S.S.G. Sect. 5H1.11.

4. Defendant, prior to his arrest in connection with this indictment, was a member of the 875th Engineer Battalion of the 87th Troop Command of the Arkansas National Guard. Defendant had been in the military for several years.

5. Defendant, during his military service, has served in Bosnia, Saudi Arabia and Iraq. His specific assignments included the armed search of structures wherein suspected terrorists and other hostile forces might be housed. In addition Defendant was trained to be a forward observer of advancing troops in order to discover and detect the existence of road side bombs. Once said devices

were identified others were brought in for purposes of disarmament. Defendant became so proficient at this identifying process that he was assigned the duty of teaching these identifying techniques stateside to those forces destined for combat in Iraq. These roadside bombs are powerful instrumentalities commonly used by enemies of the United States in spreading their terrorist activities. Defendant's expertise in this area not only caused the disarmament of potential harm to many fellow soldiers but Defendant has also educated many others in the techniques and knowledge he acquired in the field of combat.

6. Because of this service rendered to his country Defendant urges this court to consider a downward departure from whatever guideline range the court determines to exist under the circumstances of this case.

7. A court has the ability to downwardly depart from the guideline range for extraordinary military service, *U.S. v. Neill*, 903 F.2d 564 (8th Cir. 1990). In that decision the defendant had served eleven years as a military recruiter and the court found that such duty was not "meaningfully distinguishable from the work history of steadily employed individuals holding responsible positions in the civilian workforce." The *Neill* decision is clearly distinguishable from the matter now before the Court.

8. Defendant received a Certificate of Appreciation from the Headquarters Fifth United States Army, Fort Sam Houston, Texas on April 15th, 2005 for "outstanding service in the United States Army during operation Iraq freedom and the global war on terrorism. Your patriotism and selfless service reflect

great credit upon you and your unit. Thank you for your many contributions and sacrifices while serving as a soldier during this important time in our nation's history." Defendant received a Certificate of Achievement from the 3rd Battalion 153rd Infantry for "the work rendered to first squad 3rd platoon company A 3rd Battalion 153rd Infantry. Thanks from your squad leader for a job well done!" In addition Defendant has received letters of thanks from the Governor of Arkansas and a United States Senator. On April 25th, 2000 the following Certificate of Achievement was given to Defendant by the 7th Infantry Division and Fort Carson "The Mountain Post", "for meritorious achievement while serving on the Arcent-Saudi Arabia Security Force in support of operation southern watch. During this period, Specialist Box played a key support role in providing security to patriot sites and contributed substantially to the execution of various missions during the deployment. His accomplishments reflect great credit upon him, the Arkansas Army National Guard, the 7th Infantry Division, and the United States Army. From 16 June 1999 to 14 October 1999."

WHEREFORE, PREMISES CONSIDERED, Defendant prays that his Motion For Downward Departure be granted and that this Court consider a sentence taking into account Defendant's service to his country as outlined above.

_____
William A. McLean ABN 74-106
100 West Grove, Suite 306
El Dorado, Arkansas 71730
Ph: 870-864-9909
Fax: 870-862-4071
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, William A. McLean, do hereby certify that a copy of the foregoing Motion has been served upon USSA Marsha Clevenger by mailing a copy of same to her at the Office of the United States Attorney, P.O. Box 1229, Little Rock, Arkansas 72203 on this 7th day of April, 2008.

_____
William A. McLean