```
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              No.  4:07CR00229 WRW

DALE W. BOX

### RESPONSE TO DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

In response to the defendant's Motion for Downward Departure, the United States notes that while commendable, Defendant's military service does not warrant a downward departure in this case.  However, the United States would have no objection to defendant's military service being considered for a sentence at the low end of the applicable guideline range.  *See United States v. Neil*, 903 F.2nd 564, 566 (8th Cir. 1990).

                                    Respectfully submitted,

                                    JANE W. DUKE
                                    UNITED STATES ATTORNEY

                                    By /s/ MARSHA W. CLEVENGER
                                    Assistant U. S. Attorney
                                    P. O. Box 1229
                                    Little Rock, Arkansas 72203
                                    (501)340-2622
                                    marsha.clevenger@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

William A. McLean
Attorney at Law
100 West Grove, Suite 306
El Dorado, AR  71730

              /s/ MARSHA W. CLEVENGER